STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlowry.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlowry.com

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff Edd H. Ahrens*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDD H. AHRENS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RASHAD RATLIFF, an individual; PERFECT PRIVACY, LLC, a limited-liability company; WEB.COM GROUP, INC., a Delaware corporation; UPLEA S.A.R.L., a company organized under French law; DSTORAGE S.A.S.U., a company organized under French law; JOHANN THIESSON, an individual; and YOHAN TORDJMAN, an individual, <br><br> Defendants. | Case No.: 2:16-cv-1114 <br><br> **JOINT MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO RASHAD RATLIFF AND ORDER THEREON** |

Plaintiff Edd H. Ahrens ("Plaintiff"), by and through his counsel, GIBSON LOWRY LLP, and Defendant Rashad Ratliff ("Mr. Ratliff"), in proper person, hereby move that the Complaint filed by Plaintiff Edd H. Ahrens **as to Mr. Ratliff** *only*, shall be dismissed without prejudice, with the respective parties to bear their own costs and attorney's fees, in accordance with the agreement entered into between Plaintiff and Mr. Ratliff on or about June 14, 2016 (the "Settlement Agreement").

Plaintiff and Mr. Ratliff stipulate that the United States District Court for the District of Nevada shall retain jurisdiction to enforce the Settlement Agreement in the event that Ratliff breaches this Agreement or defaults on any of Mr. Ratliff's obligations in any manner, and that

1

this Court shall retain jurisdiction with respect to the case-in-chief to vacate the Dismissal, allow Ahrens to reinvigorate Ahrens' claims against Mr. Ratliff as if the Dismissal never occurred, and allow Ahrens to sue Mr. Ratliff for breach and/or default of this Agreement, with Mr. Ratliff hereby waiving any statute of limitations and/or jurisdictional defense of any nature.

Dated this 13th day of July, 2016.                                Dated this 13th day of July, 2016.

GIBSON LOWRY LLP                                                  RASHAD RATLIFF

/s/ J.D. Lowry.                                                   /s/ Rashad Ratliff
STEVEN A. GIBSON, ESQ.                                            Mr. Rashad Ratliff
Nevada Bar No. 6656                                               2636 Oakmere Drive
JODI DONETTA LOWRY, ESQ.                                          Harvey, Louisiana 70058
Nevada Bar No. 7798                                               *Defendant In Proper Person*
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
*Attorneys for Plaintiff Edd H. Ahrens*

The parties having so moved, and good cause appearing,

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: _____March 6, 2017_____

2

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of GIBSON LOWRY LLP and that on this 13th day of July, 2016, I caused a correct copy of the foregoing **JOINT MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO RASHAD RATLIFF AND ORDER THEREON** to be served via CM/ECF to:

Adam K. Bult, Esq.
abult@bhfs.com
Maximilien D. Fetaz, Esq.
mfetaz@bhfs.com
BROWN HYATT FABER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
*Attorneys for Defendants Web.com Group, Inc. and Perfect Privacy, LLC.*

/s/ David White
An employee of GIBSON LOWRY LLP