STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlowry.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlowry.com

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff Edd H. Ahrens*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDD H. AHRENS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RASHAD RATLIFF, an individual; PERFECT PRIVACY, LLC, a limited-liability company; WEB.COM GROUP, INC., a Delaware corporation; UPLEA S.A.R.L., a company organized under French law; DSTORAGE S.A.S.U., a company organized under French law; JOHANN THIESSON, an individual; and YOHAN TORDJMAN, an individual; and RICHARD T. VIRDEN, an individual,<br><br>    Defendants.<br><br>And THIRD-PARTY CLAIM. | Case No.: 2:16-cv-1114-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT RICHARD VIRDEN'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 99)**<br><br>**(FIRST REQUEST)** |

Plaintiff, Edd H. Ahrens ("Mr. Ahrens"), by and through his counsel of record, Gibson Lowry LLP, and Defendant Richard Virden ("Mr. Virden"), by and through his counsel Messner Reeves LLP, stipulate that Mr. Ahrens' deadline to oppose Mr. Virden's Motion for Summary

1

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Main (702) 541-7888 • Fax (702) 541-7899

Judgment (ECF No. 99, filed December 7, 2017) shall be extended until **Thursday, January 11, 2018**.

Respectfully submitted this 28th day of December, 2017.

| MESSNER REEVES LLP | GIBSON LOWRY LLP |
|---|---|
| /s/ JohnPaul Fortin | /s/ J.D. Lowry. |
| CALEB MEYER, ESQ.<br>Nevada Bar No. 13379<br>cmeyer@messner.com<br>JOHNPAUL FORTIN, ESQ.<br>Nevada Bar No. 6977<br>jfortin@messner.com<br>KRISTINA C. KIRIGIN<br>Nevada Bar No. 9082<br>kkirigin@messner.com<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>(702) 363-5100<br>*Attorneys for Defendant/Third-Party Defendant Richard T. Virden* | STEVEN A. GIBSON, ESQ.<br>Nevada Bar No. 6656<br>sgibson@gibsonlowry.com<br>JODI DONETTA LOWRY, ESQ.<br>Nevada Bar No. 7798<br>jlowry@gibsonlowry.com<br>7495 West Azure Drive, Suite 233<br>Las Vegas, Nevada 89130<br>(702) 541-7888 Telephone<br>(702) 541-7899 Facsimile<br>*Attorneys for Plaintiff Edd H. Ahrens* |

**IT IS SO ORDERED**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED: December 29, 2017**